# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No: 10-21933 |
| | ) | |
| Charles Gregory, Jr., | ) | Chapter 7 |
| | ) | |
| Debtor | ) | JUDGE RANDOLPH BAXTER |

### UNITED STATES TRUSTEE'S STATEMENT OF PRESUMED ABUSE

The United States trustee has reviewed all materials filed by the debtor and has determined that the debtors' case is presumed to be an abuse under 11 U.S.C. § 707(b)(2).

          **Respectfully submitted,**

          **DANIEL M. McDERMOTT**
          **United States trustee**
          **Region 9**

by:    /s/Derrick V. Rippy
          Derrick V. Rippy
          Trial Attorney
          U.S. Department of Justice
          Office of the U.S. Trustee
          201 E. Superior Avenue
          Suite 441
          Cleveland, Ohio 44114
          (216) 522-7800 x. 232
          (216) 522-7193 Facsimile
          Derrick.V.Rippy@usdoj.gov

# Certificate of Service

I, Derrick V. Rippy, hereby certify that the foregoing *Statement of Presumed Abuse* was electronically transmitted on January 11, 2011, via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

**Wilhelmina Washington**
2000 Lee Rd.
Ste 111
Cleveland Heights, OH 44118

I, Derrick V. Rippy, further certify that the foregoing *Statement of Presumed Abuse* was mailed via U.S. Post, First Class, on January 11, 2011, to the following:

**Charles Gregory**
7204 Blackwell Dr.
Oakwood Village, OH 44146

*Derrick V. Rippy*
Derrick V. Rippy